UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:14-CV-81130-KLR

KEPLER LAURORE,

    Plaintiff,

vs.

FOCUS RECEIVABLES MANAGEMENT, LLC,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, KEPLER LAURORE, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/Yechezkel Rodal
YECHEZKEL RODAL, ESQ.
Florida Bar No. 91210
LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave., 2nd Floor
Fort Lauderdale, FL 33316
Telephone: (954) 523-4357
Facsimile: (954) 581-2786
chezky@floridaloanlawyers.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on November 12, 2014 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Gabriel Z. Coelho, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
Suite 3800, 100 SE 2nd St.
Miami, FL 33131
Counsel for Defendant FOCUS
Service by CM/ECF

                                                           LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave., 2nd Floor
Fort Lauderdale, FL 33316
Telephone: (954) 523-4357
Facsimile: (954) 581-2786

 /s/Yechezkel Rodal
YECHEZKEL RODAL, ESQ.
Florida Bar No. 91210
chezky@floridaloanlawyers.com