UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-81130-CIV-RYSKAMP/HOPKINS

KEPLER LAURORE,

    Plaintiff,

v.

FOCUS RECEIVABLES
MANAGEMENT, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to the parties' Rule 41(a)(1)(A)(ii) joint stipulation with prejudice, filed November 25, 2014 **[DE 10]**. It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITH PREJUDICE with each party to bear its own costs and fees except as otherwise agreed. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT. As the parties have expressly conditioned the effectiveness of the stipulation on the Court's entry of an order retaining jurisdiction, the Court retains jurisdiction over this matter solely for the purpose of enforcing the settlement agreement.

DONE AND ORDERED in Chambers in West Palm Beach, Florida on this 4th day of December, 2014.

                                              S/Kenneth L. Ryskamp
                                              KENNETH L. RYSKAMP
                                              UNITED STATES DISTRICT JUDGE